## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Bonita M. Leslie,                                Civil No. 10-4432 (DWF/JJK)

             Plaintiff,

v.                                          **ORDER FOR DISMISSAL**
                                                        **WITH PREJUDICE**

Viking Collection Service, Inc.,
*a domestic corporation*,

             Defendant.

---

Patrick L. Hayes, Esq., and William C. Michelson, Esq., Marso & Michelson, PA, counsel for Plaintiff.

---

Based upon the Plaintiff's Notice of Dismissal With Prejudice as to Defendant (Doc. No. [3]).

**IT IS HEREBY ORDERED**, that Plaintiff's claims against Defendant are hereby **VOLUNTARILY DISMISSED** in their entirety, on the merits and **WITH PREJUDICE.** Each party shall bear their own costs and attorney fees.


Dated: November 24, 2010      s/Donovan W. Frank
                                        DONOVAN W. FRANK
                                        United States District Judge